# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1079
_____

JOSEPH GLENN SAVICKI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Santa Rosa County.
Darlene F. Dickey, Judge.

September 11, 2019


PER CURIAM.

DISMISSED.

B.L. THOMAS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Joseph Glenn Savicki, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.